A. M. Perrine and Pearle Alyce Perrine, Trading as Perrine & Perrine, Plaintiffs-Appellees, v. R. H. Troop and R. H. Troop, Producer, Defendant-Appellant.

Term No. 54–O–4.

Fourth District.

February 1, 1955.

Rehearing denied February 23, 1955.

Released for publication March 3, 1955.

Will P. Welker, and Wham & Wham, for appellant; Raymond O. Horn, for appellees. Opinion by JUSTICE BARDENS. Not to be published in full.